ACCEPTED
03-14-00525-CR
6497920
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/14/2015 10:20:25 AM
JEFFREY D. KYLE
CLERK

# ELLIS & MOCK PLLC
## Attorneys and Counselors at Law

125 South Irving Street
San Angelo, Texas 76903
Tel (325) 486-9800
Fax (325) 482-0565

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

8/14/2015 10:20:25 AM

JEFFREY D. KYLE
Clerk

August 14, 2015

Mr. Jeffrey D. Kyle, Clerk of the Court
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711

Re:     *Elias Shawn Bihl  vs. The State of Texas;*
         Cause No. 03-14-00525-CR; Third Court of Appeals;
         (Trial Cause No. B-13-0631-SB)

Dear Mr. Kyle:

Please allow this to confirm that I have complied with Rule 48.4 of the Texas Rules of Appellate Procedure.  This compliance is submitted on behalf of my partner, Justin S. Mock, who recently passed away.  I have attached a copy of the correspondence forwarded to Mr. Bihl as well as a copy of the return receipt for said correspondence.

Should you have any questions, please feel free to contact me.

Sincerely,

/s/ Kelly J. Workman-Ellis
Kelly J. Workman-Ellis

cc:     Mr. Elias Bihl
         Mr. Jason Ferguson *via facsimile*

# ELLIS & MOCK PLLC

Attorneys and Counselors at Law

125 South Irving Street
San Angelo, Texas 76903
Tel (325) 486-9800
Fax (325) 482-0565

## CONFIDENTIAL ATTORNEY – CLIENT COMMUNICATION

August 7, 2015

Mr. Elias Shawn Bihl
TDCJ No. 01938565
William G. McConnell Unit
Texas Department of Criminal Justice
3001 South Emily Drive
Beeville, Texas 78102

<u>Via Certified Mail Return Receipt Requested</u>

RE: *Elias Shawn Bihl vs. The State of Texas;* Cause No. 03-14-00525-CR; Court of Appeals; Third Judicial District

Mr. Bihl,

Enclosed please find a copy of the Judgment and Memorandum Opinion rendered by the Texas Court of Appeals, Third District on July 3, 2015.

Pursuant to Rule 68 of the Texas Rules of Appellate Procedure you have a right to file a *pro se* petition for discretionary review with the Court of Criminal Appeals. This petition must be filed within thirty (30) days after the day the above judgment was rendered or the day the last timely motion for rehearing or timely motion for en banc reconsideration was overruled by the Court of Appeals. Should you choose to file such a petition, please review Rule 68 and the subsections.

It has been my pleasure to serve as your appellate counsel. I wish you the best of luck in the future.

VERY TRULY YOURS,

Kelly J. Workman-Ellis for Justin S. Mock

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Elias Bihl #01938565
McConnell Unit TDCJ
3001 S. Emily Drive
Beeville, TX 78102

9590 9403 0330 5155 0382 24

2. Article Number (Transfer from service label)

7015 0640 0000 0473 1088

PS Form 3811, April 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

8-1-15

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt